FROM Matagorda Co. Dist. Judge 9792456478          (THU)OCT 22 2015 15:19/ST. 15:18/No. 7522445224 P 2



*82,771-01 thru -05*

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 22 2015

**CRAIG ESTLINBAUM**

JUDGE, 130TH JUDICIAL DISTRICT COURT
1700 7th Street, Room 317
Bay City, TX 77414
Telephone: (979) 244-7635

Abel Acosta, Clerk

*Granted
PC*

Bonnie Carlin
Court Coordinator

Kaye Rollins, CSR
Court Reporter

*11-12-15*

October 22, 2015

Mr. Abel Acosta, Clerk                                    <u>Via Facsimile (512) 463-7061</u>
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Re:     **Request for Extension of Deadlines**
        *Ex Parte: Rodolfo Garza*
        Nos. WR-82,771-01 to WR-82,771-05, inclusive

Dear Mr. Acosta

The Texas Court of Criminal Appeals issued a supplemental order in this case on June 17, 2015. In response, this court ordered and received a supplemental affidavit from trial counsel, ordered a bench warrant to return the defendant to Matagorda County, appointed an attorney to represent Applicant upon his return to this county and held a scheduling conference. The attorney for the State and Applicant's attorney have requested more time address and possibly resolve the issues raised in the June 17 order.

Therefore, this court requests the Texas Court of Criminal Appeals to extend the deadline for this court to resolve the issues to December 4, 2015, with supplemental transcripts, the court's findings and conclusions, etc, deadline extended to January 4, 2016.

Thank you for your attention to and consideration of this request.

Sincerely,

Craig Estlinbaum

cc:     Steven Reis, District Attorney            <u>Via Email</u>
        Craig Hughes, Counsel for Applicant       <u>Via Email</u>